■ In the Matter of KEITH GAITHOR, Appellant, v RAUL RUSSI, as Chairman of the New York State Division of Parole, et al., Respondents.—Judgment unanimously affirmed. Memorandum: Respondents' determination, made in accordance with statutory requirements, is not subject to judicial review (see, Matter of Walker v Russi, 176 AD2d 1185, 1186, lv

*dismissed* 79 NY2d 897; *Matter of Confoy v New York State Div. of Parole,* 173 AD2d 1014, 1015; *Matter of Davis v New York State Div. of Parole,* 114 AD2d 412). Therefore, Supreme Court properly denied the petition. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.